# Court of Appeals
# of the State of Georgia

ATLANTA,  September 03, 2025

*The Court of Appeals hereby passes the following order:*

## A26E0045. JAMES MITCHELL v. PENNY FREESEMAN, JUDGE.

Upon consideration of Appellant's petition for an emergency writ of mandamus, same is hereby DENIED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  09/03/2025

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*